IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHONDA DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSWORLD SYSTEMS INC | : | NO. 23-1336 |

## ORDER

**AND NOW**, this 29th day of October, 2023, upon consideration of Defendant's Motion to Dismiss for Failure to Prosecute (Docket No. 18), to which Plaintiff has not responded, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE** for lack of prosecution.

2. Defendant's Letter request to continue arbitration (Docket No. 19) is **DISMISSED** as moot.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.